**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| De-Shaun Johnson, | Case No. 2:26-cv-01359-JAD-NJK |
| Plaintiff | |
| v. | **Order Granting Request for Voluntary Dismissal** |
| Cavalry Portfolio Service, LLC, | ECF No. 6 |
| Defendant | |

Plaintiff De-Shaun Johnson filed a document entitled "Stipulation and Order of Dismissal with Prejudice." ECF No. 6. A "stipulation" is an agreement between two or more parties, and this document is filed only by Johnson. The defendant hasn't even appeared in this case, let alone *stipulated* to dismissal. The document also states that Johnson agrees to dismiss all claims in this case "by and through its undersigned counsel," but Johnson has no counsel and is appearing pro se.

Recognizing that Johnson is appearing pro se and doing his best to navigate this court system, I liberally construe his "stipulation" as a request to voluntarily dismiss this case with prejudice. And because the defendant has not answered, and Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without prejudice "before the opposing party serves either an answer or a motion for summary judgment,"[1] Johnson is entitled to that relief.

---

[1] Fed. R. Civ. P. 41(a).

IT IS THEREFORE ORDERED that the request to dismiss this case with prejudice **[ECF No. 6] is GRANTED.  This case is DISMISSED.**  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
June 2, 2026